IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:19CR457-1 |
| | : | |
| JOSEPH JAMES ROSCOE | : | |

The Grand Jury charges:

COUNT ONE

On or about May 30, 2019, in the County of Lee, in the Middle District of North Carolina, JOSEPH JAMES ROSCOE knowingly and intentionally did unlawfully possess with intent to distribute a quantity of marihuana, a Schedule I controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).

COUNT TWO

On or about May 30, 2019, in the County of Lee, in the Middle District of North Carolina, JOSEPH JAMES ROSCOE, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute marihuana, as more fully referenced in Count One of this Indictment, did knowingly possess a firearm,

that is, a Taurus 9mm handgun; in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT THREE

On or about May 30, 2019, in the County of Lee, in the Middle District of North Carolina, JOSEPH JAMES ROSCOE knowingly did possess in and affecting commerce a firearm, that is, a Taurus 9mm handgun, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: August 26, 2019

MATTHEW G.T. MARTIN
United States Attorney

BY: TANNER L. KROEGER
Assistant United States Attorney

A TRUE BILL:

███████████████████

FOREPERSON

2